UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LAWRENCE ADLER,<br>Plaintiff,<br>v.<br>CITY OF SAN FRANCISCO, et al.,<br>Defendants. | Case No. 19-08203 EJD (PR)<br>**ORDER OF DISMISSAL** |

On December 17, 2019, Plaintiff, a state prisoner proceeding pro se, filed a motion which the Court construed as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also filed a motion for leave to proceed In Forma Pauperis (IFP). (Docket No. 2.) On the same day, the Clerk sent Plaintiff a notice that the IFP application was deficient and he needed to submit a Certificate of Funds in Prisoner's Account as well as a prisoner trust account statement showing transactions for the last six months within twenty-eight days or face dismissal of the action. (Docket No. 3 .) On December 31, 2019, the notice sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was no longer in custody. (Docket No. 5.) To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: __3/9/2020_____

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.19\8203Adler_dis-LR3

2